IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    **Plaintiff,**

v.                                                           Case No. 4:22-cv-444-AW-MAF

**LAWRENCE REVELL, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's March 3, 2023 report and recommendation. ECF No. 17. There has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed as frivolous." The clerk will then close the file.

SO ORDERED on April 6, 2023.

                                                  s/ *Allen Winsor*
                                                  United States District Judge